UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MARIANN HASLETT,

    Plaintiff,

v.                                CASE NO:  0:14-CV-60972-JIC

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

    Defendant.
_____/

**LIFE INSURANCE COMPANY OF NORTH AMERICA'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Life Insurance Company of North America, hereby discloses the following pursuant to Federal Rule of Civil Procedure 7.1:

1. Mariann Haslett;

2. Alexander A. Palamara, Esquire;

3. Gregory Michael Dell, Esquire;

4. Attorneys Dell and Schaefer, Chartered;

5. Shari Gerson, Esquire;

6. GrayRobinson, P.A.; and

7. Life Insurance Company of North America is a wholly-owned subsidiary of Connecticut General Corporation, a Connecticut corporation. Connecticut General Corporation is a wholly-owned subsidiary of Cigna Holdings, Inc., a Delaware corporation. Cigna Holdings, Inc. is a wholly owned subsidiary of Cigna Corporation, a publicly held Delaware corporation, whose shares are traded on the New York stock exchange.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2014, I have electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Alexander A. Palamara, Esquire, alex@diattorney.com, and Gregory Michael Dell, Esquire, gdell@diattorney.com, Attorneys Dell and Schaefer, Chartered, 2404 Hollywood Boulevard, Hollywood, Florida 33020, telephone: (954) 620-8300, *counsel for Plaintiff*, in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Shari Gerson
SHARI GERSON
Florida Bar No. 17035
GRAY ROBINSON, P.A.
Email: Shari.Gerson@Gray-Robinson.com
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: 954-761-8111
Facsimile: 954-761-8112
*Counsel for Defendant*
