UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLAORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:14-CV-60972-JIC

MARIANN HASLETT,

        Plaintiff(s),

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant(s).        /

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclosed the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a)   Plaintiff – Mariann Haslett
    b)   Counsel for Plaintiff – Alexander Palamara, Esq., of Attorneys Dell and Schaefer, Chartered
    c)   Defendant – Life Insurance Company of North America
    d)   Counsel for Defendant- Shari Gerson, Esq., Gray Robinson, P.A.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a)   None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a)   None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   a) Mariann Haslett

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via CM/ECF on June 2, 2014.

ATTORNEYS DELL & SCHAEFER CHARTERED
Attorneys for Plaintiff
2404 Hollywood Boulevard
Hollywood, FL  33020
(954) 620-8300

*s/ Alexander Palamara*
ALEXANDER PALAMARA, ESQ.
Florida Bar No.: 37170